### 20593. JOHNSON v. THE STATE.

BLOODWORTH, J. This is a companion case to that of *Mills* v. *State,* ante. The assignments of error in the two cases are identical, and the rulings in that case are controlling in this.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 15, 1930. REHEARING DENIED OCTOBER 2, 1930.